## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cr-04072-SRB-1 |
| | ) | |
| ALEX DURAND WILLIAMS-DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation denying Defendant's Motion to Suppress (Doc. #33). After Defendant failed to file timely objections, the Court adopted Judge Whitworth's Report and Recommendation on November 20, 2015. On December 7, 2015, Defendant moved this Court to reconsider its order adopting the Report and Recommendation and reopen the time period under which the parties may make objections in order to preserve his right to appeal. On December 28, 2015, with agreement by both parties, the Court granted Defendant's request and allowed Defendant to file specific objections by January 8, 2016. The Government was also permitted an opportunity to respond to the objections within ten days.

On January 8, 2016, Defendant filed his objections to Judge Matt J. Whitworth's Report and Recommendation. Defendant argues his Fourth Amendment right was violated by a canine sniff of his vehicle after a traffic stop because it unreasonably extended the duration of the stop in violation of Rodriquez v. United States, 135 S. Ct. 1609, 1614 (2015), and that the dog sniff was an unreasonable search under applicable law in the Eighth Circuit at the time of the stop. The Government filed its response to the objections on January 19, 2016.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court adopts Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

**ORDERED** that Judge Whitworth's Report and Recommendation (Doc. #33) shall be attached to and made part of this Order, and Defendant's Motion to Suppress (Doc. #20) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: January 20, 2016